**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT BECKER | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 09-5655 |
| v. | : | |
| | : | |
| CITY UNIVERSITY OF SEATTLE, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   8TH   day of July 2010, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC") (Doc. #22) and Plaintiff's Response (Doc. #25), it is **ORDERED** that the Defendant's Motion is **GRANTED** without prejudice.

It is further **ORDERED** that Plaintiff shall have leave to amend his SAC, but if he fails to amend it by **July 30, 2010**, then his SAC will be dismissed with prejudice.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: